# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KRISTIE JONES                                                     PLAINTIFF

V.                       No. 3:20-CV-240-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

Before the Court is Plaintiff Kristie Jones' Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Brief in Support. *Doc. 25; Doc. 26*. The Commissioner has not stated her opposition to the Motion, and the time to do so has now passed. See Local Rule 7.2(b).

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$4,435.87** (which sum includes 0.85 attorney hours incurred in 2020 at an hourly rate of $206; 16.15 attorney hours incurred in 2021 at an hourly rate of $218; 7.20 paralegal hours at a rate of $100; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 25*) is GRANTED.

Plaintiff is awarded **$4,435.87** in fees and expenses under the EAJA.[1]

SO ORDERED, this 21st day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.